```
1  Nancy K. McCombs
   12 Geary Street, Suite #201
2  San Francisco, California 94108
   Telephone: (415) 678-2626
3  Email: abelmccombs@gmail.com

4  Attorney for Plaintiff
   Jose Campos
5
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMPOS, | ) |
| Plaintiff, | ) Civil Action No. 4:17-cv-02770-~~WHO~~ KAW |
| v. | ) STIPULATED REQUEST EXTENDING |
| | ) TIME TO FILE MOTION FOR SUMMARY |
| NANCY A. BERRYHILL, | ) JUDGMENT OR REMAND AND |
| Acting Commissioner of the Social Security | ) ~~PROPOSED~~ ORDER. |
| Administration, | ) (Plaintiff's First Extension Request) |
| | ) |
| Defendant | ) |

The parties request that Plaintiff shall have an additional 62 days, to and including November 21, 2017, in which to move for summary judgment. This is a change from the original date of September 20, 2017.

(2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on December 19, 2017. Plaintiff's Reply brief, if necessary, will be due on January 2, 2018.

////

////

-1-

DATED:    9/11/2017        By:        /s/ *Nancy K. McCombs*
                                      NANCY K. MCCOMBS,
                                      Attorney for Plaintiff


DATED:    9/11/2017        By:        /s/ Margaret Branick-Abilla
                                      MARGARET BRANICK-ABILLA,
                                      Attorney for Defendant


IT IS SO ORDERED:

DATED:    9/12/17          By:        [signature: Kandis Westmore]
                                      KANDIS A. WESTMORE
                                      United States Magistrate Judge