Nancy K. McCombs
12 Geary Street, Suite #201
San Francisco, California 94108
Telephone: (415) 678-2626
Email: abelmccombs@gmail.com

Attorney for Plaintiff
Jose Campos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CAMPOS,

    Plaintiff,

  v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant

) Civil Action No. 4:17-cv-02770-KAW
)
) STIPULATED REQUEST EXTENDING
) TIME TO FILE MOTION FOR SUMMARY
) JUDGMENT OR REMAND AND
) ~~PROPOSED~~ ORDER.
) (Plaintiff's Second Extension Request)
)
)

    The parties request that Plaintiff shall have an additional 21 days, to and including December 12, 2017, in which to move for summary judgment. This is a change from the original date of September 9, 2018, and the first extension request of November 21, 2017.

    (2) Plaintiff seeks additional time because Attorney Nancy McCombs has a heavy caseload. Defendant's response to Plaintiff's Motion for Summary Judgment will be due on January 9, 2018. Plaintiff's Reply brief, if necessary, will be due on January 23, 2018.

////

////

-1-

DATED: 11/17/2017 By: /S/ *Nancy K. McCombs*
NANCY K. MCCOMBS,
Attorney for Plaintiff

DATED: 11/17/2017 By: */S/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA,
Attorney for Defendant

IT IS SO ORDERED:

DATED: 11/21/17 By: *Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge