BRIAN STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: margaret.branick-abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE CAMPOS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case no. 4:17-cv-02770-KAW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR EXTENSION**<br>**OF TIME** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 30-day extension of time, from January 9, 2018 until February 8, 2018, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Procedural Order for Social Security Review Actions shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because counsel for Defendant needs additional time to review the sizeable administrative record, to evaluate the issues raised in Plaintiff's Motion for

Summary Judgment, to determine whether options exist for settlement, and to accommodate competing workload demands. Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: January 3, 2018     NANCY K. MCCOMBS

By:    */s/ Nancy K. McCombs*
       NANCY K. MCCOMBS
       Attorneys for Plaintiff
       [*As authorized by email on January 2, 2018]

Dated: January 5, 2018     BRIAN STRETCH
       United States Attorney

By:    */s/ Margaret Branick-Abilla*
       MARGARET BRANICK-ABILLA
       Special Assistant United States Attorney
       Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   1/4/18

       HON. KANDIS A. WESTMORE
       United States Magistrate Judge