ALEX TSE, CSBN 152348
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
GINA TOMASELLI, CSBN 267090
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 268-5602
     Facsimile: (415) 744-0134
     E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMPOS, | ) Case No. 4:17-CV-02770-KAW |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) **FOR VOLUNTARY REMAND** |
| NANCY BERRYHILL, | ) **PURSUANT TO SENTENCE FOUR OF** |
| Acting Commissioner of Social Security, | ) **42 U.S.C. § 405(g)** |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1        Plaintiff Jose Campos and Defendant Nancy A. Berryhill, Acting Commissioner of Social

2 Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-

3 captioned case to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further

4 proceedings.

5        On remand, the Appeals Council will remand the case to an administrative law judge

6 (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the medical

7 opinion evidence. The Appeals Council will instruct the ALJ to take further action, as

8 warranted, to complete the administrative record and resolve the above issues.

9        The parties further request that the Clerk of the Court be directed to enter a final

10 judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the

11 Commissioner.

12                            Respectfully submitted,

13 Dated:  February 21, 2018      By:    */s/ Nancy Katherine McCombs* *

14                                  Law Office of Nancy K. McCombs
                                   Attorney for Plaintiff

15

16                                  (*by email authorization on 2/21/18)

17                                  ALEX TSE
                                 Acting United States Attorney

18                                  DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX

19                                  Social Security Administration

20

21 Dated: February 21, 2018      By:    */s/ Gina Tomaselli*
                                 GINA TOMASELLI

22                                  Special Assistant U.S. Attorney

23                                  Attorneys for Defendant

24

25

26                            IT IS SO ORDERED.

27 DATE:    2/26/18 _____      _____

28                            THE HONORABLE KANDIS A. WESTMORE
                           UNITED STATES MAGISTRATE JUDGE

Stip. for Vol. Remand; No. 17-cv-02770